FILED
2017 Aug-15 AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CLARA WHITE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 5:17-cv-955-AKK |
| TURNER MEDICAL, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW the parties, **Clara White** and **Turner Medical, Inc.**, and stipulate to the dismissal of this action with prejudice, costs taxed as paid.

Respectfully submitted this the 15th day of August, 2017.

Allen D. Arnold
Kira Fonteneau
Fonteneau & Arnold, LLC
Counsel for the Plaintiff
2151 Highland Avenue South, Ste. 205
Birmingham, AL 35205
205.252.1550 – Office
205.502.4476 – Facsimile

Brett Adair
Daniel B. Harris
Carr Allison
Counsel for the Defendant
100 Vestavia Parkway
Birmingham, AL 35216
Phone: (205) 822-2006
Fax: (205)822-2057