# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CLARA WHITE,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action Number |
| | ) | **5:17-cv-955-AKK** |
| **TURNER MEDICAL, INC.,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

## ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 10, this case is

**DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this file.

Each party to bear her or its own costs.

   **DONE** the 16th day of August, 2017.



                          **ABDUL K. KALLON**
                      UNITED STATES DISTRICT JUDGE